IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. DLB-22-045 |
| ) | |
| JASON M. EDMONDS, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

### ENTRY AND SUBSTITUTION OF APPEARANCE

Dear Madam Clerk:

Please enter my appearance as co-counsel for the United States in this matter, and strike the appearance of Assistant United States Attorney Leo Wise, who is currently assigned to a detail outside of this District.

Respectfully Submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

_____
Bijon A. Mostoufi
Assistant U.S. Attorney

U.S. Attorney's Office
Southern Division
District of Maryland
6406 Ivy Lane
Greenbelt, MD 20770
(301) 344-4433
Bijon.Mostoufi@usdoj.gov

*Counsel for the United States*